IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE:<br><br>JUAN FERNANDO MAYEN, SR. and DEBBIE M. MAYEN<br><br>       Debtors. | Bankruptcy Case No. 22-20130<br>(Chapter 7) |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>       Plaintiff,<br>vs.<br><br>JUAN FERNANDO MAYEN, SR., individually and d/b/a FERNANDO'S CABINETRY and FERNANDO MAYEN HOMES, LLC<br>       Defendants. | Adversary No. 22-02017-MI |

## NOTICE OF SETTLEMENT

NOTICE is hereby given that Plaintiff and Defendants have reached a settlement and are currently in the process of finalizing the necessary settlement documents. The parties anticipate executing the settlement documents and presenting a Stipulation of Settlement and Order to the Court for its consideration within the next thirty days.

Dated: January 19, 2024.

Respectfully submitted,

SPENCER FANE, LLP

By: */s/ Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

Elizabeth M. Lally (*Pro Hac Vice*)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: 402.965.8600
Facsimile: 402.965.8601
E-Mail: elally@spencerfane.com

***Attorneys for Plaintiff, Kapitus Servicing, Inc., as servicing agent for Kapitus LLC***

# CERTIFICATE OF SERVICE

I certify that on January 19, 2024, a true and correct copy of the foregoing document was served via electronic mail upon the following counsel below.

*Counsel for Defendants*
*(in the capacity of settlement):*
Miriam T. Goott
Walker and Patterson, P.C.
4815 Dacoma
Houston, TX 77092

*Via E-mail:*
**mgoott@walkerandpatterson.com**

*/s/ Misty A. Segura*
MISTY A. SEGURA

Page **2** of **2**

OM 1140417.1